IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANDRA NEWMAN ELIAS, | § | |
| CONSERVATOR | § | PLAINTIFF/COUNTER-DEFENDANT |
| | § | |
| v. | § | CAUSE NO. 1:04CV663 |
| | § | |
| GREGORY HOLYNE NEWMAN | § | DEFENDANT/COUNTER-PLAINTIFF/ |
| | § | THIRD PARTY PLAINTIFF |
| v. | § | |
| | § | |
| SANDRA NEWMAN ELIAS, | § | |
| INDIVIDUALLY and LOUIS ELIAS, JR. | § | THIRD PARTY DEFENDANTS |

### ORDER OVERRULING PLAINTIFFS'
### OBJECTIONS TO MAGISTRATE JUDGE'S ORDER

BEFORE THE COURT is the Plaintiff's Objections to November 3, 2005 Order of Magistrate Judge Walker [114].  The Defendant has not responded to the Plaintiff's objections.  After due consideration of the matter, the Court finds that Plaintiff's objections should be overruled.

DISCUSSION

Pretrial motions in this civil case are referred to U.S. Magistrate Judge Robert Walker pursuant to Local Rule 72.4 and 28 U.S.C. § 636(b)(1)(A).  On November 3, 2005, U.S. Magistrate Judge Robert Walker entered an Order denying Plaintiff's Motion to Compel and Supplemental Motion to Compel [112].  Plaintiff objects to the Magistrate Judge's interpretation of Louisiana law regarding the discoverability of certain documents which may show improper transfers out of a trust which is not a party to this lawsuit.  Judge Walker concluded that the Plaintiff was "attempting to get documents relating to that estate in order to show bad character on the part of the Defendant and not as an element of the cause of action" at issue in this case.  Thus,

the Plaintiff's Motion to Compel and Supplemental Motion were denied.

The Court is required to review this ruling pursuant to the standard set out in Local Rule 72.1(A)(2):

> No ruling of a magistrate judge in any matter which he or she is empowered to hear and determine shall be reversed, vacated, or modified on appeal unless the district court shall determine that the magistrate judge's findings of fact are clearly erroneous, or that the magistrate judge's ruling is clearly erroneous or contrary to law.

28 U.S.C. § 636(b)(1)(A) similarly provides that "[a] judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." *Id.*

After a review of the record and the Plaintiff's arguments, the Court finds that the Magistrate Judge's Order at issue here contains no clearly erroneous findings of fact or rulings clearly erroneous or contrary to law. The Plaintiffs' objections to the Magistrate Judge's ruling on the Motion to Compel and Supplemental Motion will therefore be overruled.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs' objections to the Order denying Plaintiff's Motion to Compel and Supplemental Motion to Compel [114] are **OVERRULED**.

**SO ORDERED AND ADJUDGED** this the 28th day of November, 2005.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE