IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANDRA NEWMAN ELIAS, § | | |
| CONSERVATOR OF THE ESTATE § | | |
| OF GLADYS SALLOUM NEWMAN § | | PLAINTIFF |
| § | | |
| v. § | | Civil Action No. 1:04CV663-LG-RHW |
| § | | |
| § | | |
| GREGORY HOLYNE NEWMAN § | | DEFENDANT |

## JUDGMENT ON DECISION BY THE COURT

This action came on for trial on Wednesday, May 2, 2007, before the Court, Honorable Louis Guirola, Jr., U.S. District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered in the form of written findings of fact and conclusions of law pursuant to FED. R. CIV. P. 52,

**IT IS ORDERED AND ADJUDGED**, that the plaintiff, Sandra Newman Elias, Conservator of the Estate of Gladys Salloum Newman, is entitled to recover from defendant, Gregory Holyne Newman, his naked interest in the amount of $82,330.00 from the SII account of Gladys Salloum Newman. All other relief is denied, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 30th day of May, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE